# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    GREGORY MORACE    :
:    **Chapter 13**
:    **No. 20-10087-elf**
:

## MOTION FOR EXTENSION OF TIME

Debtor Gregory Morace, by and through his attorney, Ian J Musselman, ESQ, respectfully represents:

1. Debtor filed their Chapter 13 Bankruptcy Case on January 7th, 2020.
2. On January 8th, 2020 an Order was issued requiring Debtor to file missing documents on or before January 14th, 2020.
3. These documents include:

Matrix List of Creditors, Due 1/14/20

4. Attorney is attempting to gather the information and is almost complete.
5. Debtor has been unable to compile all information required to accurately complete the missing documents, but will if granted a short extension of time.

WHEREFORE, Debtors request an additional seven (7) days to file their Chapter 13 plan and all other missing documents, on or before January 21st, 2020.

Respectfully submitted:

Dated: January 15th, 2020

Signed:_/Ian J Musselman/_____
By: Ian J. Musselman, ESQ
Law Office of Ian J. Musselman
PO Box 185
Richboro, PA 18954
(p) 215-828-1682
(f) 215-434-7005

.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:    GREGORY MORACE**      :
:      **Chapter 13**
:      **No. 20-10087-elf**
:

## ORDER

**AND NOW**, this _____ day of _____, 2019, debtor is granted until January 21st, 2020 to file their Creditor Matrix.

BY THE COURT:

_____
Eric L. Frank
Judge, United States Bankruptcy Court