# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE:**     **GREGORY MORACE**     :
: **Chapter 13**
: **No. 20-10087-elf**
:

# ORDER

**AND NOW**, this ___16th___ day of ___January 2020___, the debtor is granted until **January 21, 2020** to file the Creditor Matrix.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**