United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Gregory Morace  
      Debtor

Case No. 20-10087-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Keith     Page 1 of 1     Date Rcvd: Jan 16, 2020  
                  Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2020.  
db         +Gregory Morace,   766 Loch Alsh Ave,   Ambler, PA 19002-5032

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                             TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2020                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2020 at the address(es) listed below:  
        IAN J. MUSSELMAN    on behalf of Debtor Gregory  Morace ian.j.musselman@gmail.com, G34342@notify.cincompass.com  
        REBECCA ANN SOLARZ    on behalf of Creditor   Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                                                                                                                                                                     TOTAL: 4

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**   **GREGORY MORACE**   :
: **Chapter 13**
: **No. 20-10087-elf**
:

# ORDER

**AND NOW**, this ___16th___ day of ___January 2020,___ , the debtor is granted until **January 21, 2020** to file the Creditor Matrix.

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**