**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter   13 |
| | : | |
| Gregory Morace | | |
| | : | |
| Debtor | : | Bankruptcy No. 20-10087 |

ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 1/8/20, this case is hereby DISMISSED.

**Date: January 30, 2020**

_____
ERIC L. FRANK
United States Bankruptcy Judge

Missing Documents:
    Atty Disclosure Statement
    Chapter 13 Plan
    Matrix List of Creditors
    Schedules AB-J
    Statement of Financial Affairs
    Summary of Assets and Liabilities Form B106
    Certification Concerning Credit Counseling and/or Certificate of Credit Counseling
    Means Test Calculation Form 122C-2 - If Applicable
    Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1

bfmisdoc elf (1/22/15)