United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 20-10087-elf
Gregory Morace                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Keith          Page 1 of 1          Date Rcvd: Jan 30, 2020
                          Form ID: pdf900      Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2020.
db              +Gregory Morace,    766 Loch Alsh Ave,    Ambler, PA 19002-5032
14452585        +Bayview Loan Servicing, LLC,    c/o Rebecca A. Solarz, Esq.,    701 Market Street, Ste 5000,
                  Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: megan.harper@phila.gov Jan 31 2020 03:01:39      City of Philadelphia,
                  City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 31 2020 03:01:19
                  Pennsylvania Department of Revenue,   Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 31 2020 03:01:35      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2020 at the address(es) listed below:
              IAN J. MUSSELMAN    on behalf of Debtor Gregory  Morace ian.j.musselman@gmail.com,
               G34342@notify.cincompass.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                              TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter   13 |
| | : | |
| Gregory Morace | | |
| | : | |
| Debtor | : | Bankruptcy No. 20-10087 |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 1/8/20, this case is hereby DISMISSED.

**Date: January 30, 2020**

_____
ERIC L. FRANK
United States Bankruptcy Judge

Missing Documents:
    Atty Disclosure Statement
    Chapter 13 Plan
    Matrix List of Creditors
    Schedules AB-J
    Statement of Financial Affairs
    Summary of Assets and Liabilities Form B106
    Certification Concerning Credit Counseling and/or Certificate of Credit Counseling
    Means Test Calculation Form 122C-2 - If Applicable
    Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1

bfmisdoc elf (1/22/15)